DILLINGHAM & MURPHY, LLP
RODRIGO E. SALAS (STATE BAR NO. 194462)
ALICE K. LOH (STATE BAR NO. 197315)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:     (415) 397-2700
Facsimile:      (415) 397-3300

Attorneys for Plaintiff AVOPLEX CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AVOPLEX CORPORATION,<br><br>                       Plaintiff,<br><br>    v.<br><br>WARREN PROULX, an individual, AMERICAN LABOR INSURANCE SERVICES, INC., a California corporation, and AMERICAN LABOR INSURANCE SERVICES CORPORATION, a California corporation,<br><br>                       Defendants. | Case No. C0502300 EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS ONLY** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), Plaintiff AVOPLEX CORPORATION dismisses the above-captioned action without prejudice as to the following named defendants only:

    AMERICAN LABOR INSURNACE SERVICES, INC., a California corporation; and

    AMERICAN LABOR INSURANCE SERVICES CORPORATION, a California corporation.

Dated: September 26, 2005                              DILLINGHAM & MURPHY, LLP

                                                                 By: /s/ Alice K. Loh
                                                                    Alice Loh
                                                                    Attorney for Plaintiff AVOPLEX CORP.

[Stamp: GRANTED — Judge Susan Illston — United States District Court, Northern District of California]

_____
Plaintiff Avoplex Corp.'s Notice of Dismissal of Certain Defendants

**CERTIETIFICATE OF SERVICE**

The undersign hereby certifies that on this 26th day of September, 2005, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS ONLY was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Alice K. Loh
Alice K. Loh

---
Plaintiff Avoplex Corp.'s Notice of Dismissal of Certain Defendants