IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOPLEX CORPORATION, | No. C 05-02300 SI |
| Plaintiff, | **ORDER** |
| v. | |
| WARREN PROULX, | |
| Defendant. | |

The Court has reviewed plaintiff's Notice of Stay of Proceedings which was filed November 23, 2005. The notice indicates that defendant Warren Proulx has filed for bankruptcy protection under Chapter 7 of the United States Backruptcy Code. Defendants American Labor Insurance Services, Inc., and American Labor Insurance Services Corporation have been dismissed.

This case clearly meets the criteria of Guide to Judiciary Policies and Procedures, Chapter V of Volume XI, for statistical closing.

THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

Dated: 12/6/05

SUSAN ILLSTON
United States District Judge